JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKESHA WASHINGTON,<br><br>          Plaintiff,<br><br>     vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION,<br><br>          Defendant. | Case No. 5:23-cv-0009-JGB-SHK<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion to Dismiss Plaintiff's First Amended Complaint, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss is **GRANTED**.
2. Plaintiff's cause of action (15 U.S.C. § 1692g(b)) is **DISMISSED WITHOUT LEAVE TO AMEND**.
3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: October 11, 2023

                                                   Honorable Jesus G. Bernal
                                                   United States District Judge